UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  15-62716-CIV-BLOOM/VALLE

DENISE PAYNE,

    Plaintiff,
v.

ISRAEL FAMILY 3325 WELLS LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court *sua sponte*. On February 1, 2016, the Court entered an Order requiring Plaintiff to file proof of service as to Defendants on or before March 29, 2016, ECF No. [7], and that failure to file proof of service would result in a dismissal without prejudice without further notice as to this action. On March 24, 2016, the Court granted in part an extension to obtain service by April 22, 2016. On that date, Plaintiff filed a second Motion for Enlargement of Time. ECF No. [10]. In that Motion, Plaintiff indicates that Plaintiff's process server has attempted to serve Defendant's registered agent numerous times and that the agent has refused service. Although Plaintiff indicates several dates upon which service was attempted, Plaintiff has failed to provide the Court with any documentation indicating the same. Nor has Plaintiff advised that a dismissal as to this case will result in a statute of limitations bar to re-filing. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Enlargement of Time, **ECF No. [10]**, is **DENIED**. This action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is instructed to **CLOSE** this case.

CASE NO. 15-62716-CIV-BLOOM/VALLE

**DONE AND ORDERED** in Miami, Florida this 25th day of April, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT COURT**

cc:    counsel of record